**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LY VAN BO,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, *U.S. Attorney General*, *et al.*,<br><br>Respondents. | ) | Civil Action No. 3:26-28<br><br>District Judge Stephanie L. Haines<br>Magistrate Judge Maureen P. Kelly |

**ORDER**

The Court having learned that Petitioner has been re-detained without valid travel documents (*see* ECF No. 23), conducted a status conference on October 30, 2026, and determined that Petitioner is held in custody contrary to its Memorandum Opinion (ECF No. 18) and Order (ECF No. 19) issued on April 1, 2026.

AND NOW, this 30th day of October, 2026, IT IS HEREBY ORDERED that Respondents shall RELEASE Petitioner from immigration detention FORTHWITH, subject to appropriate conditions in accordance with 8 U.S.C. § 1231(a)(3).

IT IS FURTHER ORDERED that the Order issued on April 1, 2026, granting a writ of habeas corpus (ECF No. 19) is AMENDED as follows: Respondents remain **ENJOINED** from rearresting or otherwise detaining Petitioner under 8 U.S.C. § 1231(a) based on the same final order of removal unless and until: (1) they are in possession of valid travel documents from a country to which Petitioner has been ordered removed; or (2) Respondents establish, after proper notice and an opportunity to be heard, that Petitioner presents a flight risk or danger sufficient to justify renewed detention. In the latter circumstance, Respondents shall bear the burden of proof by clear and convincing evidence.

IT IS FURTHER ORDERED that the Parties shall file notice on the docket of the date and time of Petitioner's release within 24 hours of its occurrence.

BY THE COURT,

STEPHANIE L. HAINES
UNITED STATES DISTRICT JUDGE

cc: The Honorable Maureen P. Kelly
United States Magistrate Judge

All counsel of record via CM-ECF